UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.:   SACV-14-624-R                                DATE: August 21, 2014

TITLE:        ANDREW LU - V. - NORTHERN RESOLUTION GROUP LLC, et al.
===================================================================
PRESENT:  <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

<u>Christine Chung</u>                                          <u>   N/A   </u>
Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                 Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   Plaintiff is hereby ordered to show cause in writing by not later than <u>**August 28, 2014**</u> why this action should not be dismissed for lack of prosecution.

   The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

   • Proof of service of summons and complaint;

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order will result in the dismissal of the action.

   IT IS SO ORDERED.


**MINUTES FORM II**                                          Initials of Deputy Clerk __CCH__
**CIVIL - GEN**